HULWACC/S

JAN 14 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LAWRENCE F. GLASER, on Behalf of : Civil Action No. 1:09-cv-08904-RJH
Himself and All Others Similarly Situated, :
: CLASS ACTION
                Plaintiff, :

vs.

THE9, LTD., et al.,

                Defendants.

J. DAVID O'DEA, Individually and on Behalf : Civil Action No. 1:09-cv-09166-RJH
of All Others Similarly Situated, :
: CLASS ACTION
                Plaintiff,

vs.

THE9, LTD., et al.,

                Defendants.
---------------------------------------------------------------x

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING
LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF LEAD
COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/10

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(iii), provides, *inter alia*, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, on December 21, 2009, a motion was filed by Lawrence F. Glaser ("Glaser") seeking consolidation, appointment as Lead Plaintiff and approval of his selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel;

WHEREAS, on December 21, 2009, a motion was filed by Chen Kuang ("Kuang") seeking consolidation, appointment as Lead Plaintiff and his approval of Glancy Binkow & Goldberg LLP as Lead Counsel;

WHEREAS, Glaser and Kuang have agreed that it is in the best interests of the putative class to jointly litigate this action as Lead Plaintiffs and for their choice of counsel to serve as Lead Counsel;

IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, as follows:

1. The Related Actions are hereby consolidated for all purposes under Fed. R. Civ. P. 42(a).

2. Glaser and Kuang are appointed to serve as Lead Plaintiffs in the above-captioned action pursuant to 15 U.S.C. §78u-4(a)(3)(B).

3. Glaser and Kuang's selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Glancy Binkow & Goldberg LLP as Lead Counsel is hereby approved. These firms will serve as Class Counsel and, as such, shall have the following responsibilities:

    (a) to brief and argue motions;

  (b) to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

  (c) to direct and coordinate the examination of witnesses in depositions;

  (d) to act as spokesperson at pretrial conferences;

  (e) to initiate and conduct any settlement negotiations with counsel for defendants;

  (f) to consult with and employ experts;

  (g) to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

  (h) to perform such other duties as may be expressly authorized by further order of this Court.

DATED: January 13, 2010   COUGHLIN STOIA GELLER
                RUDMAN & ROBBINS LLP

                DAVID A. ROSENFELD

                SAMUEL H. RUDMAN
                DAVID A. ROSENFELD
                JOSEPH RUSSELLO
                MARIO ALBA JR.
                58 South Service Road, Suite 200
                Melville, NY 11747
                Telephone: 631/367-7100
                631/367-1173 (fax)

                *[Proposed] Co-Lead Counsel for Plaintiffs*

                                      WALDEN LAW FIRM, PLLC
                                      RICHARD E. WALDEN
                                      8201 Cantrell, Suite 315
                                      Little Rock, AR  72227
                                      Telephone:  501/907-7000
                                      888/220-7933 (fax)

                                      *Additional Counsel for Plaintiffs*

DATED: January 13, 2010           GLANCY BINKOW & GOLDBERG LLP

                                      _____
                                      ROBIN B. HOWALD

                                      1430 Broadway, Suite 1603
                                      New York, NY 10018
                                      Telephone:  212/382-2221
                                      212/382-3944 (fax)

                                      GLANCY BINKOW & GOLDBERG LLP
                                      LIONEL Z. GLANCY
                                      MICHAEL GOLDBERG
                                      1801 Avenue of the Stars, Suite 311
                                      Los Angeles, CA 90067
                                      Telephone:  310/201-9150
                                      310/201-9160 (fax)

                                      *[Proposed] Co-Lead Counsel for Plaintiffs*

                                  *   *   *   *

IT IS SO ORDERED.

DATED: 2/2/10                   _____
                                 THE HONORABLE RICHARD J. HOLWELL
                                 UNITED STATES DISTRICT JUDGE