HOLWECK,

FEB 17 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LAWRENCE F. GLASER, on Behalf of
Himself and All Others Similarly Situated,
    Plaintiff,

vs.

THE9, LTD., XIAOWEI CHEN,
GEORGE LAI, HANNAH LEE,
TONY TSE and JUN ZHU,
    Defendants

------------------------------------x

J. DAVID O'DEA, on Behalf of
Himself and All Others Similarly Situated,
    Plaintiff,

vs.

THE9, LTD., XIAOWEI CHEN,
GEORGE LAI, HANNAH LEE,
TONY TSE and JUN ZHU,
    Defendants

------------------------------------x

Civil Action No. 1:09-cv-08904-RJH



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10

Civil Action No. 1:09-cv-9166-RJH

**STIPULATION AND
[PROPOSED] ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

    1.    Defendants The9, Ltd., Xiaowei Chen, George Lai, Hannah Lee, Tony Tse, and Jun Zhu ("Defendants"), by and through their counsel Latham & Watkins LLP, hereby agree to waive service of summons in *O'Dea v. The9 Ltd, et al.*, 09 Civ. 9166 (S.D.N.Y.), which was consolidated with *Glaser v. The9 Ltd., et al.*, 09 Civ. 8904 (S.D.N.Y.) on February 2, 2010

(Docket No. 20), and hereby acknowledge that Latham & Watkins LLP has received copies of the summons and complaint in the *O'Dea* action.

2.  Plaintiff J. David O'Dea and co-Lead Plaintiff Chen Kuang, by and through their undersigned counsel, hereby agrees to abide by the November 16, 2010, Ordered Stipulation setting a schedule for the filing of the consolidated complaint, Defendants' response, and the briefing schedule for any motions to dismiss associated therewith, agreed to between the parties in *Glaser v. The9 Ltd., et al.*, 09 Civ. 8904 (S.D.N.Y.) (Docket No. 8.). Pursuant to that Ordered Stipulation, the time for Defendants to answer, move, or otherwise respond to the complaint in this action is extended up to and including forty-five (45) days after the entry of a Consolidated Complaint, which shall be filed within forty-five (45) days after the entry of the Court's January 13, 2010, Order designating lead counsel. If any Defendant moves to dismiss the Complaint or the Consolidated Complaint, Lead Plaintiffs shall have up to and including forty-five (45) days from the service of such motion to file and serve a response, and each Defendant shall have up to and including thirty (30) days from the service of the response to file and serve a reply.

STIPULATED AND AGREED this 12th day of February, 2010.

GLANCY BINKOW & GOLDBERG LLP

By: _____
Robin Bronzaft Howald
1430 Broadway, Suite 1603
New York, New York 10018
Tel: (212) 382-2221
Facsimile: (212) 382-3944

*Counsel for Lead Plaintiff*

LATHAM & WATKINS LLP

By: _____
Robert J. Malionek
885 Third Avenue, Suite 10000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751 4846

*Counsel for Defendants*

SO ORDERED.

Dated February __, 2010

_____
Hon. Richard J. Holwell
United States District Court Judge