UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LAWRENCE F. GLASER, on Behalf of Himself and All Others Similarly Situated, | Civil Action No. 1:09-cv-08904-RJH **(Consolidated)** |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | NOTICE OF FIRM NAME CHANGE |
| THE9, LTD., et al., | |
| Defendants. | |

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that effective March 31, 2010, the law firm of Coughlin Stoia Geller Rudman & Robbins LLP will change its name to **Robbins Geller Rudman & Dowd LLP** (the "Firm").  The Firm's website and e-mail addresses will change to **rgrdlaw.com**.

The telephone and facsimile numbers will remain the same.  Please revise your records accordingly.

DATED:  March 30, 2010               COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                     SAMUEL H. RUDMAN
                                     EVAN J. KAUFMAN


                                             */s/ Samuel H. Rudman*
                                           SAMUEL H. RUDMAN

                                     58 South Service Road, Suite 200
                                     Melville, NY  11747
                                     Telephone:  631/367-7100
                                     631/367-1173 (fax)

                                     *Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on March 30, 2010, I caused the foregoing Notice of Firm Name Change to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)