UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE F. GLASER, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE9, LTD., et al., <br><br> Defendants. | Civil Action No. 1:09-cv-08904-RJH <br><br> <u>CLASS ACTION</u> |
| J. DAVID O'DEA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE9, LTD., et al., <br><br> Defendants. | Civil Action No. 1:09-cv-09166-RJH <br><br> <u>CLASS ACTION</u> |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/10

**NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that Class member Lawrence F. Glaser, by his counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Lawrence F. Glaser as Lead Plaintiff; (iii) approving Lawrence F. Glaser's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Lawrence F. Glaser submits herewith a Memorandum of Law and Declaration of David A. Rosenfeld, dated December 21, 2009.

DATED: December 21, 2009

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
JOSEPH RUSSELLO
MARIO ALBA JR.

/s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*[Proposed] Lead Counsel for Plaintiffs*

WALDEN LAW FIRM, PLLC
RICHARD E. WALDEN
8201 Cantrell, Suite 315
Little Rock, AR 72227
Telephone: 501/907-7000
888/220-7933 (fax)

*Additional Counsel for Plaintiffs*

> In light of the Court's order of 2/2/2010 [20], the Clerk is directed to close this motion [12] and the motion filed by Chen Kuang [16].

SO ORDERED
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE   4/28/10