```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------

LAWRENCE F. GLASER,

                  Plaintiff,

-against-

THE9, LTD., ET AL.,

                  Defendants.

-------------------------------------

09 Civ. 08904 (RJH)

**ORDER**

As determined at the May 7, 2010 conference, the briefing schedule for defendants' motion to dismiss the consolidated complaint is as follows:

1. Defendants' motion papers by May 28, 2010

2. Plaintiff's opposition papers by July 12, 2010

3. Defendants' reply by August 11, 2010

SO ORDERED.

Dated: New York, New York
       May 12, 2010

                                            Richard J. Holwell
                                            United States District Judge