UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE F. GLASER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE9, LTD., XIAOWEI CHEN, GEORGE LAI, HANNAH LEE, TONY TSE and JUN ZHU,<br><br>Defendants | Civil Action No. 1:09-cv-08904-RJH (Consoldiated)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Matthew L. Kutcher, dated May 28, 2010, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Complaint, dated May 28, 2010, the undersigned, on behalf of Defendants The9 Ltd., Xiaowei Chen, George Lai, Hannah Lee, Tony Tse, and Jun Zhu, hereby moves this Court, before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl St., Courtroom 17B, New York, New York, 10007, for an Order dismissing the Consolidated Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE, that pursuant to the Order of this Court, plaintiffs' opposition submission, if any, is due on or before July 12, 2010, and defendants' reply submission, if any, is due on or before August 11, 2010.

Dated: May 28, 2010  Respectfully submitted,
New York, New York  LATHAM & WATKINS LLP

By: /s/ Matthew Kutcher
Peter A. Wald (*pro hac vice*)
David J. Schindler (*pro hac vice*)
Ethan Brown (*pro hac vice*)
Robert J. Malionek
Matthew L. Kutcher

885 Third Avenue
New York, New York 10022
(212) 906-1200

*Counsel for Defendants The9, Ltd., Xiaowei Chen, George Lai, Hannah Lee, Tony Tse and Jun Zhu*